IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMOBILE LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:22-cv-00275-FJB-SMB |
| FARMERS EDGE INC. AND FARMERS EDGE (US) INC., | ) **ORDER RE UNITED STATES PATENT OFFICE PROCEEDINGS AND REQUEST FOR CONSENT** |
| Defendants. | ) |

On August 26, 2022, Plaintiff Farmobile LLC ("Farmobile") provided notice to the Court of proceedings before the United States Patent and Trademark Office relating to four patents asserted in this action: U.S. Patent Nos. 11,126,937, 11,164,116, 11,107,017, and 11,151,485. Filing No. 116. The United States Patent and Trademark Office requested confirmation that the Court does not object to it issuing a decision on the petitions by Farmobile to correct the entity status of the above patents. Filing No. 116, Ex. A-H.

THEREFORE, IT IS ORDERED THAT the Court does not object to the United States Patent and Trademark Office issuing a decision on Farmobile's petitions to correct entity status.

Dated this  3rd  day of     February    , 2023.

BY THE COURT:

_____
Senior United States District Judge