IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMOBILE LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>FARMERS EDGE INC., and FARMERS EDGE (US) INC.,<br><br>                Defendants. | **8:22CV275**<br><br>**ORDER** |

For the reasons stated at the hearing held March 21, 2023, plaintiff's motion for leave to file an amended complaint, Filing No. 136, is granted. The Plaintiffs shall file the proposed amended complaint forthwith. An amended case management scheduling order will follow.

IT IS SO ORDERED.

Dated this 21st day of March, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1