IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMOBILE LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>FARMERS EDGE INC., and FARMERS EDGE (US) INC.,<br><br>           Defendants. | **8:22CV275**<br><br>**ORDER** |

    The Court discerns no request for the Court's factual determination in the parties' joint claim construction statement. Filing No. 172. The September 21, 2023, hearing is vacated. The Court will not wade into inchoate requests to add terms for construction but directs the parties to the strict disclosure deadlines given in the scheduling order. Filing No. 150. The parties are also reminded that discovery disputes must be raised by September 12, 2023, to ensure timely resolution before dispositive motions are filed.

    IT IS SO ORDERED.

    Dated this 6th day of July, 2023.

                                                            BY THE COURT:

                                                           s/ Joseph F. Bataillon
                                                           Senior United States District Judge