IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGI SURETRACK LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FARMERS EDGE INC., and FARMERS EDGE (US) INC.,<br><br>    Defendants. | 8:22CV275<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion to Amend Discovery Deadlines. (Filing No. 200.) The motion is granted.

**IT IS ORDERED** as follows:

1. The deadline by which all discovery disputes shall be raised is extended to October 12, 2023.

2. The deadline for non-expert discovery is extended to and shall close on November 3, 2023.

3. The deadline for opening expert reports is extended to November 3, 2023.

4. The deadline for opposition expert reports is extended to November 21, 2023.

5. The deadline for rebuttal expert reports is extended to December 6, 2023.

6. The deadline for the close of expert discovery is extended to December 20, 2023.

7. All other provisions of the Court's Amended Case Management Scheduling Order (Filing No. 150) remain in effect.

Dated this 12th day of September, 2023.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge