IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AGI SURETRACK LLC,

                   Plaintiff,

     vs.

FARMERS EDGE INC., and FARMERS EDGE
(US) INC.,

                 Defendants.

**8:22CV275**

**ORDER**

This matter is before the Court on the parties' Joint Motion to Amend Discovery Deadlines.  (Filing No. 220.) The motion is granted.

**IT IS ORDERED** as follows:

1. The deadline for non-expert discovery is extended to and shall close on **November 22, 2023**.

2. The deadline for opening expert reports is extended to **November 22, 2023**.

3. The deadline for opposition expert reports is extended to **December 19, 2023**.

4. The deadline for rebuttal expert reports is extended to **January 9, 2024**.

5. The deadline for the close of expert discovery is extended to **January 23, 2024**.

6. The last day to file dispositive motions and Daubert motions is extended to **February 6, 2024**.

7.  All other provisions of the Court's Amended Case Management Scheduling Order (Filing No. 150) remain in effect.

Dated this 31st day of October, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge