IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGI SURETRACK LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS EDGE INC., and FARMERS EDGE (US) INC.,<br><br>Defendants. | 8:22CV275<br><br>ORDER |

This matter is before the Court on Defendants' Unopposed Motion for Leave to File Opposition to Plaintiff's Daubert Motion. (Filing No. 294.) Defendants request that they be allowed to file their brief in opposition to Plaintiff's Daubert motion (Filing No. 266) out of time. The Court finds Defendants have shown good cause and excusable neglect for failing to file their brief by the deadline and, therefore, will grant Defendants' Motion for Leave. Plaintiff will not be prejudiced by allowing Defendants to file their brief out of time, and do not oppose the Motion for Leave. Further, the instant Motion for Leave was filed promptly after Defendants realized the deadline had expired. Moreover, allowing Defendants to file their brief now will not impact other case progression deadlines.

**IT IS ORDERED** that Defendants' Unopposed Motion for Leave to File Opposition to Plaintiff's Daubert Motion (Filing No. 294) is granted. Defendants shall respond to Plaintiff's Daubert motion by February 23, 2024.

Dated this 23rd day of February, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge