IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AGI SURETRACK LLC, | |
| Plaintiff, | **8:22CV275** |
| vs. | |
| FARMERS EDGE INC., and  FARMERS EDGE (US) INC., | **ORDER** |
| Defendants. | |

This matter comes before the Court following the Opinions (Filing No. 399; Filing No. 402), Judgments (Filing No. 400; Filing No. 403), and Mandates (Filing No. 401; Filing No. 404), from the U.S. Court of Appeals for the Federal Circuit.  In relevant part, the Federal Circuit reversed the Court's determination that Defendants have not established this was an exceptional case for purposes of a fee award under 35 U.S.C. § 285 and remanded for further proceedings.  In light of the Federal Circuit's opinion, the Court finds it appropriate to solicit briefing on the question of exceptionality prior to issuing a written ruling.

IT IS ORDERED:

1) Within 14 days of the Judgment on remand filed this date, Defendants shall file their motion for fees pursuant to Fed. R. Civ. P. 54(d)(2) and 35 U.S.C. § 285.

2) Within 14 days of this order, the parties are ordered to confer and file joint proposed deadlines for submitting briefing on the question of exceptionality under 35 U.S.C. § 285.  If the parties are unable to agree on joint proposed deadlines, they shall file a single document detailing their respective proposed deadlines.

1

Dated this 10th day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge